UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CATHE NEUKUM,

                Plaintiff,                      22-CV-09815 (PGG)(SN)

        -against-                    **STIPULATION AND PROPOSED ORDER OF DISMISSAL**

INTERNATIONAL RESCUE COMMITTEE, INC.,

                Defendant.
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the Complaint is hereby dismissed with prejudice and without costs.

Dated: New York, New York                        Dated: New York, New York
         May __, 2023                                       May 11, 2023

THE OTTINGER FIRM, P.C.                    FLORENTINO & GRIMSHAW LLC

By: _____              By: _____
     Robert Ottinger                                  Kristina Grimshaw
     79 Madison Avenue                           Caroline Secola
     New York, NY 10016                       60 East 42nd Street
     Tel: (347) 492-1904                         Suite 4700
     *Attorneys for Plaintiff*                   New York, NY 10165
     *Cathe Neukum*                              *Attorneys for Defendant*

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date: May 16, 2023

13